# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Gary Zimmerman, et al.

Plaintiff

v.

Pamela J. Bondi, in her official capacity as Attorney General of the United States,

Defendant

4:26-cv-372

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Gary Zimmerman, Firearms Policy Coalition, Inc., and Second Amendment Foundation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

None.

| | |
|---|---|
| Date: | 03/27/2026 |
| Signature: | /s/ R. Brent Cooper |
| Print Name: | R. Brent Cooper |
| Bar Number: | Texas Bar No. 04783250 |
| Address: | 900 Jackson Street, Suite 100 |
| City, State, Zip: | Dallas, TX 75202 |
| Telephone: | (214) 712-9500 |
| Fax: | (214) 712-9540 |
| E-Mail: | brent.cooper@cooperscully.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.