**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| GARY ZIMMERMAN, *et al.*, |  |
| *Plaintiffs,* |  |
| v. | Civil Action No. 4:26-cv-372-Y |
| TODD BLANCHE, *et al.*, |  |
| *Defendants.* |  |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

Plaintiffs filed this lawsuit earlier this year to challenge the constitutionality of 18 U.S.C. § 930(a)'s prohibition on firearm possession in federal facilities insofar as it applies to facilities operated by the National Park Service. *See* Compl. for Decl. & Inj. Relief, ECF No. 1; Am. Compl. for Decl. & Inj. Relief, ECF No. 15 (filed June 24, 2026). Although defendants' deadline to respond to plaintiffs' amended complaint is currently August 3, 2026, *see* Fed. R. Civ. P. 12(a)(2), defendants respectfully request a 30-day extension of that deadline, up to and including September 2, 2026. This additional time will provide defendants the opportunity to fully evaluate their position on the important and complex issues raised in this case, which requires careful consideration and deliberation across multiple federal agencies. The parties conferred, and plaintiffs do not oppose this relief.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: July 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

1

/s/ *Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On July 27, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice