**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

GARY ZIMMERMAN, et al.  §
§
VS.  § Civil No. 4:26-cv-372-Y
§
TODD BLANCHE, et al.  §

**<u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

Before the Court is an unopposed motion for an extension of time to file a response to Plaintiffs' Amended Complaint. After consideration, the Court GRANTS the motion. Defendants shall file an answer or otherwise respond to Plaintiffs' amended complaint no later than September 2, 2026.

SIGNED July 30, 2026.


_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE