**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| GARY ZIMMERMAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:26-cv-372-Y |

## UNOPPOSED MOTION TO EXTEND DEADLINE

This case concerns a challenge to the constitutionality of 18 U.S.C. § 930(a)'s prohibition on firearm possession in federal facilities insofar as it applies to facilities operated by the National Park Service. *See* Am. Compl. for Decl. & Inj. Relief, ECF No. 15. Two weeks ago, the Office of Legal Counsel ("OLC") issued an opinion addressing the application of § 930(a) to another type of federal facility, concluding that a statutory exception to § 930(a)'s prohibition, *see* 18 U.S.C. § 930(d)(3), permits the lawful carrying of constitutionally protected firearms for the purpose of self-defense in post offices that are generally open to the public. *See Application of 18 U.S.C. § 930(a) to Post Offices*, 50 Op. O.L.C. --- (Aug. 12, 2026), https://www.justice.gov/olc/media/1457751/dl. Given the recency and relevance of this opinion, defendants respectfully request a 30-day extension of their deadline to respond to plaintiffs' amended complaint, which is currently September 2, 2026, *see* ECF No. 18, to allow them an opportunity to evaluate how this opinion may impact the issues in this case, which requires careful consideration and deliberation across multiple federal agencies. The parties conferred, and plaintiffs do not oppose this relief.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: August 24, 2026 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEREMY S. NEWMAN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 24, 2026, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice