IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GARY ZIMMERMAN, ET AL. | § | |
| | § | |
| VS. | § | ACTION NO. 4:26-CV-372-Y |
| | § | |
| TODD BLANCHE, ET AL. | § | |

ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE

Before the court is defendant Todd Blanche's Unopposed Motion to Extend Deadline (doc. 19). The Court has considered the motion and determined that there is good cause to extend the deadline by which Blanche must respond to plaintiffs' amended complaint. Accordingly, the Court **GRANTS** Blanche's motion. To be timely, Blanche must respond to plaintiffs' amended complaint no later than **October 2, 2026.**

SIGNED September 4, 2026.

Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE