**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| GARY ZIMMERMAN, *et al.,*<br>*Plaintiffs,*<br>v.<br>TODD BLANCHE,<br>*Defendant.* | Civil Action No. 4:26-cv-372-Y |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

This case concerns the constitutionality of 18 U.S.C. § 930(a)'s prohibition on firearm possession in federal facilities located on National Park land. Plaintiffs filed the operative complaint on June 24, 2026. After seeking and receiving multiple extensions of time, *see* Order, Doc. 18 (July 30, 2026); Order, Doc. 20 (September 4, 2026), the government filed a motion to dismiss on October 2, 2026. In its motion, the government argues that Plaintiffs lack standing, in part because the government has voluntarily ceased enforcing Section 930(a) to prevent individuals from carrying firearms in federal facilities. Due to a press of other obligations through the rest of this month, including an argument in the Seventh Circuit Court of Appeals and several appellate court briefs, counsel for the Plaintiffs respectfully requests that the

deadline for a brief in opposition to the government's motion be extended by 30 days, from October 23, 2026 to November 23, 2026. This additional time will provide the Plaintiffs the opportunity to fully plan their response to the evolving and important issues raised by this case. The parties conferred, and the government does not oppose the requested extension.

Plaintiffs appreciate the Court's consideration. A proposed order is attached.

Dated: October 9, 2026

Respectfully submitted,

*/s/ David H. Thompson*
David H. Thompson*
DC Bar No. 450503
dthompson@cooperkirk.com
Peter A. Patterson*
DC Bar No. 998668
ppatterson@cooperkirk.com
William V. Bergstrom*
DC Bar No. 241500
wbergstrom@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Fax: (202) 220-9601
*Admitted *pro hac vice*

R. Brent Cooper
TX Bar No. 04783250
brent.cooper@cooperscully.com
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On October 9, 2026, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the Court's electronic filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ David H. Thompson*
David H. Thompson